ALBERT FARBER, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Defendant, and SIDNEY A. FEILER, Attorney, Respondent.— Order granting motion for the substitution of attorneys affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Appeal from order denying motion for a reargument dismissed. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

LILIAN M. FENSKE, Appellant, v. JOHN F. FENSKE, Respondent.— Order denying plaintiff's motion for counsel fees and the cost of perfecting the case on appeal affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

MARTHA FINGERLE and FRANK FINGERLE, Respondents, v. BABETTA STROMPF, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

SARAH GULLER and MORRIS GULLER, Respondents, v. HARRIS PERLMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.